Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*FoxMind Canada Enterprises Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FOXMIND CANADA ENTERPRISES LTD.,

*Plaintiff*

v.

ASDA TECHNOLOGY (ZHAOQING) CO., LTD., CHANGSHA SHANGHAO TECHNOLOGY CO., LTD., DONGGUAN AVIC INDUSTRY & TRADE CO., LTD., DONGGUAN BAISHUN SILICONE & PLASTIC PRODUCTS CO., LTD., DONGGUAN BLUE OCEAN GIFTS LIMITED, DONGGUAN CHANGQIANG HARDWARE & PLASTIC CO., LTD., DONGGUAN CHCC TECH CO., LTD, DONGGUAN CHENLANG ELECTRONIC TECHNOLOGY CO., LTD., DONGGUAN CHONGSHANG TECHNOLOGY LTD., DONGGUAN CITY TINGFENG SILICONE CO., LTD., DONGGUAN HUAQI SEALING CO., LTD., DONGGUAN HUAQIN ELECTRONIC TECHNOLOGY CO., LTD., DONGGUAN HUAYI GIFT PACKAGING CO., LTD., DONGGUAN IMAITONG ELECTRONICS CO., LTD., DONGGUAN JIAYUE SILICONE RUBBER PRODUCTS CO., LTD., DONGGUAN ORK RUBBER PRODUCTS CO., LTD., DONGGUAN QUNYI TECHNOLOGY CO., LTD., DONGGUAN SHENGDAO SILICONE RUBBER PRODUCTS CO., LTD., DONGGUAN SHENGYAN INDUSTRIAL CO., LTD., DONGGUAN SHOUHONGYU SILICONE PRODUCTS

**CIVIL ACTION No. 21 Civ. 5135 (KPF)**

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER**

CO., LTD., DONGGUAN TONGMA LALA E-COMMERCE CO., LTD., DONGGUAN V-LACE SILICONE PRODUCTS CO., LTD., DONGGUAN XIANGHONG SILICONE CRAFTS CO., LTD., DONGGUAN YIQI COMMERCIAL DEVELOPMENT CO., LTD., EVERICH AND TOMIC HOUSEWARES CO., LTD., GUANGZHOU JIASHENG TRADING CO., LTD., GUANGZHOU KEMOLI INTERNATIONAL TRADING CO., LIMITED, GUANGZHOU NUONING MEDICAL SUPPLIES CO., LTD., GUANGZHOU ORCHARD AROMATHERAPY & SKINCARE CO., LTD., GUANGZHOU RAYBIN HOMEWARES CO., LTD., GUANGZHOU SENT CHARM CULTURE DEVELOPMENT CO., LTD., GUANGZHOU XINLI NETWORK TECHNOLOGY CO., LTD., GUANGZHOU YINGLE TRADING CO., LTD., HUNAN C&L TRADE CO., LTD., INTERGEARS INTERNATIONAL LIMITED, JENEEY INTERNATIONAL TRADE CO., LTD., JINHUA BIDA BAGS CO., LTD., JINHUA MEIYANG CRAFTS CO., LTD., JINJIANG NAIKE GIFTS CO., LTD., LUJIANG YUNZE E-COMMERCE CO., LTD, MARKET UNION CO., LTD., NINGBO DIHANG MOLD AND PLASTIC CO., LTD., NINGBO HI-TECH ZONE EMBODY TRADING CO., LTD., NINGBO PINBO PLASTIC MANUFACTORY CO., LTD., NINGBO SHINEGIFTS IMPORT & EXPORT CO., LTD., NINGBO TOBBY CREATIVITY TECHNOLOGY CO., LTD., QUANZHOU LICHENG HONGFA PLASTIC & HARDWARE PRODUCTS FACTORY, QUANZHOU XIN AO BAO LUO TRADING CO., LTD., RED STAR CLOTHING( SHENZHEN) LTD., SHANDONG DERUNA INTERNATIONAL TRADING CO., LTD., SHANGHAI ANMAO INTERNATIONAL TRADING CO., LTD., SHANGHAI QICHANG TRADING CO., LTD., SHANGHAI WINNEL INDUSTRIAL CO., LTD. , SHANGHAI ZHIZHI IMPORT AND EXPORT CO., LTD., SHANTOU CHENGHAI HUA NUO INTELLIGENT TECHNOLOGY CO., LTD., SHANTOU CHENGHAI HUIYE TOY CO., LTD., SHANTOU OCEAN TOYS CO., LTD., SHENZHEN AIDACOM SILICONE PRODUCTS CO. LTD., SHENZHEN AIYITAO ELECTRONIC CO., LTD., SHENZHEN BANGXING RUBBER TECHNOLOGY CO., LTD., SHENZHEN BAO'AN COMXIAOBEI BABY PRODUCT FIRM, SHENZHEN BEFINE SPORTS GOODS CO., LTD., SHENZHEN BEIBEI HAPPY BUSINESS CO., LTD., SHENZHEN BEISITE SILICONE PRODUCT CO., LTD., SHENZHEN COVID MEDICAL DAILY CARE TECHNOLOGY CO., LTD., SHENZHEN CT SILICONE PRODUCT CO., LTD., SHENZHEN DAKEAI TOY CO., LTD.,

SHENZHEN DASONG TECHNOLOGY CO., LTD., SHENZHEN DELIANFA TECHNOLOGY CO., LTD., SHENZHEN DEYONGCHANG SPORTING GOODS CO., LTD., SHENZHEN DUANZHEN HEALTH TECHNOLOGY CO., LTD., SHENZHEN HANCHUAN INDUSTRIAL CO., LTD., SHENZHEN HENG YOU FENG ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN HUAMING JUN RUBBER CO., LTD., SHENZHEN HUAZHAO ELECTRONIC CO., LTD., SHENZHEN LMM TECHNOLOGY LIMITED, SHENZHEN LUCKCASE RUBBER & PLASTIC PRODUCTS CO., LTD., SHENZHEN MAXONN INDUSTRIAL CO., LTD., SHENZHEN MIYA HOUSEWARE LTD., CO., SHENZHEN MSG TECHNOLOGY CO., LTD., SHENZHEN NAIQISI ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN P&H TECH CO., LTD., SHENZHEN RAFEE TECHNOLOGY CO., LTD., SHENZHEN RICOM ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN RUICAI GIFTS CO., LTD., SHENZHEN SANJIANG TOYS COMPANY LIMITED, SHENZHEN XIEJIN SPORTS TECHNOLOGY CO., LTD., SHENZHEN XINDU ELECTRONICS CO., LTD., SHENZHEN XINYUEDA TECHNOLOGY CO., LIMITED, SHENZHEN XISHEN DEVELOPMENT COMPANY LIMITED, SHENZHEN XUANYI TRADING CO., LTD., SHENZHEN X-WORLD TECHNOLOGY CO., LTD., SHENZHEN YAGELONG TECHNOLOGY CO., LTD., SHENZHEN YAIKA ELECTRONIC CO., LTD., SHENZHEN YUNOER TECHNOLOGY CO., LTD., SHENZHEN ZS TONDA TECHNOLOGY CO., LTD., SPEC-TECH (XIAMEN) CO., LTD., SUZHOU JUST DO IMP.&EXP. CO., LTD., WUYI DINGDI INDUSTRY & TRADE CO., LTD., XIAIR INTERNATIONAL TRADE (DALIAN) CO., LTD., XIAMEN AIJIN TRADING CO., LTD., XIAMEN DAWOO INDUSTRY AND TRADE CO., LTD., YIWU DARLING ORNAMENT CO., LTD., YIWU DEYU SPORTING GOODS CO., LTD., YIWU FRESH TRADING CO., LTD., YIWU HONGQI IMPORT AND EXPORT CO., LTD., YIWU SPECIAL4U COMMODITY FACTORY, YIWU YAU IMP. & EXP. CO., LTD., YIWU YIBU IMPORT & EXPORT CO., LTD., YONGSHENG SILICONE PRODUCTS (HUIZHOU) CO., LIMITED, YUHUAN WANCHENG MACHINERY CO., LTD., ZHAOQING CITY GAOYAO DISTRICT JIAFENG SILICONE PRODUCTS CO., LTD., ZHAOQING CITY JIAXUAN TRADING CO., LTD. and ZHONGSHAN HONGDEBO CRAFTS CO., LTD.,

*Defendants*

## GLOSSARY

| Term | Definition | Docket Entry Number |
|---|---|---|
| **Plaintiff or FoxMind** | FoxMind Canada Enterprises Ltd. | N/A |
| **Defendants** | ASDA Technology (Zhaoqing) Co., Ltd., Changsha Shanghao Technology Co., Ltd., Dongguan Avic Industry & Trade Co., Ltd., Dongguan Baishun Silicone & Plastic Products Co., Ltd., Dongguan Blue Ocean Gifts Limited, Dongguan Changqiang Hardware & Plastic Co., Ltd., Dongguan CHCC Tech Co., LTD, Dongguan Chenlang Electronic Technology Co., Ltd., Dongguan Chongshang Technology Ltd., Dongguan City Tingfeng Silicone Co., Ltd., Dongguan Huaqi Sealing Co., Ltd., Dongguan Huaqin Electronic Technology Co., Ltd., Dongguan Huayi Gift Packaging Co., Ltd., Dongguan Imaitong Electronics Co., Ltd., Dongguan Jiayue Silicone Rubber Products Co., Ltd., Dongguan Ork Rubber Products Co., Ltd., Dongguan Qunyi Technology Co., Ltd., Dongguan Shengdao Silicone Rubber Products Co., Ltd., Dongguan Shengyan Industrial Co., Ltd., Dongguan Shouhongyu Silicone Products Co., Ltd., Dongguan Tongma Lala E-Commerce Co., Ltd., Dongguan V-Lace Silicone Products Co., Ltd., Dongguan Xianghong Silicone Crafts Co., Ltd., Dongguan Yiqi Commercial Development Co., Ltd., Everich And Tomic Housewares Co., Ltd., Guangzhou Jiasheng Trading Co., Ltd., Guangzhou Kemoli International Trading Co., Limited, Guangzhou Nuoning Medical Supplies Co., Ltd., Guangzhou Orchard Aromatherapy & Skincare Co., Ltd., Guangzhou Raybin Homewares Co., Ltd., Guangzhou Sent Charm Culture Development Co., Ltd., Guangzhou Xinli Network Technology Co., Ltd., Guangzhou Yingle Trading Co., Ltd., Hunan C&L Trade Co., Ltd., Intergears International Limited, Jeneey International Trade Co., Ltd., Jinhua Bida Bags Co., Ltd., Jinhua Meiyang Crafts Co., Ltd., Jinjiang Naike Gifts Co., Ltd., Lujiang Yunze e-commerce Co., Ltd, Market Union Co., Ltd., Ningbo Dihang Mold And Plastic Co., Ltd., Ningbo Hi-Tech Zone Embody Trading Co., Ltd., Ningbo Pinbo Plastic Manufactory Co., Ltd., Ningbo Shinegifts Import & Export Co., Ltd., Ningbo Tobby Creativity Technology Co., Ltd., Quanzhou Licheng Hongfa Plastic & Hardware | N/A |

| | | |
|---|---|---|
| | Products Factory, Quanzhou Xin Ao Bao Luo Trading Co., Ltd., Red Star Clothing( Shenzhen) Ltd., Shandong Deruna International Trading Co., Ltd., Shanghai Anmao International Trading Co., Ltd., Shanghai Qichang Trading Co., Ltd., Shanghai Winnel Industrial Co., Ltd. , Shanghai Zhizhi Import And Export Co., Ltd., Shantou Chenghai Hua Nuo Intelligent Technology Co., Ltd., Shantou Chenghai Huiye Toy Co., Ltd., Shantou Ocean Toys Co., Ltd., Shenzhen Aidacom Silicone Products Co. Ltd., Shenzhen Aiyitao Electronic Co., Ltd., Shenzhen Bangxing Rubber Technology Co., Ltd., Shenzhen Bao'an Comxiaobei Baby Product Firm, Shenzhen Befine Sports Goods Co., Ltd., Shenzhen Beibei Happy Business Co., Ltd., Shenzhen Beisite Silicone Product Co., Ltd., Shenzhen Covid Medical Daily Care Technology Co., Ltd., Shenzhen CT Silicone Product Co., Ltd., Shenzhen Dakeai Toy Co., Ltd., Shenzhen Dasong Technology Co., Ltd., Shenzhen Delianfa Technology Co., Ltd., Shenzhen Deyongchang Sporting Goods Co., Ltd., Shenzhen Duanzhen Health Technology Co., Ltd., Shenzhen Hanchuan Industrial Co., Ltd., Shenzhen Heng You Feng Electronic Technology Co., Ltd., Shenzhen Huaming Jun Rubber Co., Ltd., Shenzhen Huazhao Electronic Co., Ltd., Shenzhen LMM Technology Limited, Shenzhen Luckcase Rubber & Plastic Products Co., Ltd., Shenzhen Maxonn Industrial Co., Ltd., Shenzhen Miya Houseware Ltd., Co., Shenzhen Msg Technology Co., Ltd., Shenzhen Naiqisi Electronic Technology Co., Ltd., Shenzhen P&H Tech Co., Ltd., Shenzhen Rafee Technology Co., Ltd., Shenzhen Ricom Electronic Technology Co., Ltd., Shenzhen Ruicai Gifts Co., Ltd., Shenzhen Sanjiang Toys Company Limited, Shenzhen Xiejin Sports Technology Co., Ltd., Shenzhen Xindu Electronics Co., Ltd., Shenzhen Xinyueda Technology Co., Limited, Shenzhen Xishen Development Company Limited, Shenzhen Xuanyi Trading Co., Ltd., Shenzhen X-World Technology Co., Ltd., Shenzhen Yagelong Technology Co., Ltd., Shenzhen Yaika Electronic Co., Ltd., Shenzhen Yunoer Technology Co., Ltd., Shenzhen ZS Tonda Technology Co., Ltd., Spec-Tech (Xiamen) Co., Ltd., Suzhou Just Do Imp.&Exp. Co., Ltd., Wuyi Dingdi Industry & Trade Co., Ltd., Xiair International Trade (Dalian) Co., Ltd., Xiamen Aijin Trading Co., Ltd., Xiamen Dawoo Industry And Trade Co., Ltd., Yiwu | |

| | | |
|---|---|---|
| | Darling Ornament Co., Ltd., Yiwu Deyu Sporting Goods Co., Ltd., Yiwu Fresh Trading Co., Ltd., Yiwu Hongqi Import And Export Co., Ltd., Yiwu Special4u Commodity Factory, Yiwu Yau Imp. & Exp. Co., Ltd., Yiwu Yibu Import & Export Co., Ltd., Yongsheng Silicone Products (Huizhou) Co., Limited, Yuhuan Wancheng Machinery Co., Ltd., Zhaoqing City Gaoyao District Jiafeng Silicone Products Co., Ltd., Zhaoqing City Jiaxuan Trading Co., Ltd. and Zhongshan Hongdebo Crafts Co., Ltd. | |
| **Defaulting Defendants** | ASDA Technology (Zhaoqing) Co., Ltd., Changsha Shanghao Technology Co., Ltd., Dongguan Baishun Silicone & Plastic Products Co., Ltd., Dongguan Changqiang Hardware & Plastic Co., Ltd., Dongguan Chenlang Electronic Technology Co., Ltd., Dongguan Huaqin Electronic Technology Co., Ltd., Dongguan Huayi Gift Packaging Co., Ltd., Dongguan Imaitong Electronics Co., Ltd., Dongguan Tongma Lala E-Commerce Co., Ltd., Dongguan V-Lace Silicone Products Co., Ltd., Dongguan Xianghong Silicone Crafts Co., Ltd., Guangzhou Kemoli International Trading Co., Limited, Guangzhou Nuoning Medical Supplies Co., Ltd., Guangzhou Orchard Aromatherapy & Skincare Co., Ltd., Guangzhou Xinli Network Technology Co., Ltd., Guangzhou Yingle Trading Co., Ltd., Jinhua Meiyang Crafts Co., Ltd., Jinjiang Naike Gifts Co., Ltd., Lujiang Yunze e-commerce Co., Ltd, Market Union Co., Ltd., Ningbo Dihang Mold And Plastic Co., Ltd., Ningbo Hi-Tech Zone Embody Trading Co., Ltd., Ningbo Pinbo Plastic Manufactory Co., Ltd., Ningbo Shinegifts Import & Export Co., Ltd., Ningbo Tobby Creativity Technology Co., Ltd., Quanzhou Licheng Hongfa Plastic & Hardware Products Factory, Quanzhou Xin Ao Bao Luo Trading Co., Ltd., Shandong Deruna International Trading Co., Ltd., Shanghai Winnel Industrial Co., Ltd., Shanghai Zhizhi Import And Export Co., Ltd., Shantou Chenghai Hua Nuo Intelligent Technology Co., Ltd., Shantou Ocean Toys Co., Ltd., Shenzhen Aidacom Silicone Products Co. Ltd., Shenzhen Aiyitao Electronic Co., Ltd., Shenzhen Bao'an Comxiaobei Baby Product Firm, Shenzhen Befine Sports Goods Co., Ltd., Shenzhen Beibei Happy Business Co., Ltd., Shenzhen Beisite Silicone Product Co., Ltd., Shenzhen Delianfa Technology Co., Ltd., Shenzhen Deyongchang Sporting Goods Co., Ltd., Shenzhen Duanzhen Health | |

| | | |
|---|---|---|
| | Technology Co., Ltd., Shenzhen Heng You Feng Electronic Technology Co., Ltd., Shenzhen Huazhao Electronic Co., Ltd., Shenzhen LMM Technology Limited, Shenzhen Luckcase Rubber & Plastic Products Co., Ltd., Shenzhen Maxonn Industrial Co., Ltd., Shenzhen Miya Houseware Ltd., Co., Shenzhen Msg Technology Co., Ltd., Shenzhen Naiqisi Electronic Technology Co., Ltd., Shenzhen Ricom Electronic Technology Co., Ltd., Shenzhen Ruicai Gifts Co., Ltd., Shenzhen Xiejin Sports Technology Co., Ltd., Shenzhen Xindu Electronics Co., Ltd., Shenzhen Xinyueda Technology Co., Limited, Shenzhen Xishen Development Company Limited, Shenzhen Xuanyi Trading Co., Ltd., Shenzhen Yagelong Technology Co., Ltd., Shenzhen Yunoer Technology Co., Ltd., Suzhou Just Do Imp.&Exp. Co., Ltd., Wuyi Dingdi Industry & Trade Co., Ltd., Xiamen Aijin Trading Co., Ltd., Yiwu Darling Ornament Co., Ltd., Yiwu Deyu Sporting Goods Co., Ltd., Yiwu Fresh Trading Co., Ltd., Yiwu Special4u Commodity Factory, Yiwu Yau Imp. & Exp. Co., Ltd.,Yongsheng Silicone Products (Huizhou) Co., Limited and Yuhuan Wancheng Machinery Co., Ltd. | |
| **Alibaba** | Alibaba.com, an online marketplace platform that allows manufacturers, wholesalers and other third-party merchants, like Defendants, to advertise, offer for sale, sell, distribute and ship their wholesale and retail products originating from China directly to consumers across the world and specifically to consumers residing in the U.S., including New York | N/A |
| **Sealing Order** | Order to Seal File entered on June 8, 2021 | Dkt. 1 |
| **Complaint** | Plaintiff's Complaint filed on June 10, 2021 | Dkt. 10 |
| **Application** | Plaintiff's *Ex Parte* Application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts (as defined *infra*) and Defendants' Assets (as defined *infra*) with the Financial Institutions (as defined *infra*); 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service and 5) an order authorizing expedited discovery filed on June 10, 2021 | Dkts. 15, 16 |
| **Capon Dec.** | Declaration of David Capon in Support of Plaintiff's Application | N/A |
| **Yamali Dec.** | Declaration of Danielle S. Yamali in Support of Plaintiff's Application | Dkt. 15 |

| | | |
|---|---|---|
| **TRO** | 1) Temporary Restraining Order; 2) Order Restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; 4) Order Authorizing Bifurcated and Alternative Service; and 5) Order Authorizing Expedited Discovery entered on June 10, 2021 | Dkt. 18 |
| **PI Show Cause Hearing** | July 8, 2021 hearing to show cause why a preliminary injunction should not issue | N/A |
| **PI Order** | July 9, 2021 Preliminary Injunction Order | Dkt. 6 |
| **User Account(s)** | Any and all websites and any and all accounts with online marketplace platforms such as Alibaba, as well as any and all as yet undiscovered accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Merchant Storefronts** | Any and all User Accounts through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them operate storefronts to manufacture, import, export, advertise, market, promote, distribute, display, offer for sale, sell and/or otherwise deal in Counterfeit Products, which are held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them | N/A |
| **Pop It Mark** | U.S. Trademark Registration No. 6,183,005 for "POP IT!" for goods in Class 28 | N/A |
| **Pop It Products** | A soothing tactile toy and smart bubble popping game designed to stimulate children's senses and develop logic and reasoning skills | N/A |
| **Counterfeit Products** | Products bearing or used in connection with the Pop It Mark, and/or products in packaging and/or containing labels bearing the Pop It Mark, and/or bearing or used in connection with marks that are confusingly similar to the Pop It Mark and/or products that are identical or confusingly similar to the Pop It Mark | N/A |
| **Defendants' Assets** | Any and all money, securities or other property or assets of Defendants (whether said assets are located in the U.S. or abroad) | N/A |
| **Defendants' Financial Accounts** | Any and all financial accounts associated with or utilized by any Defendants or any Defendants' User Accounts or Merchant Storefront(s) (whether said account is located in the U.S. or abroad) | N/A |

| | | |
|---|---|---|
| **Financial Institutions** | Any banks, financial institutions, credit card companies and payment processing agencies, such as PayPal Inc. ("PayPal"), Payoneer Inc. ("Payoneer"), the Alibaba Group d/b/a Alibaba.com payment services (e.g., Alipay.com Co., Ltd., Ant Financial Services Group), PingPong Global Solutions, Inc. ("PingPong") and other companies or agencies that engage in the processing or transfer of money and/or real or personal property of Defendants | N/A |
| **Third Party Service Providers** | Online marketplace platforms, including, without limitation, those owned and operated, directly or indirectly by Alibaba, as well as any and all as yet undiscovered online marketplace platforms and/or entities through which Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them manufacture, import, export, advertise, market, promote, distribute, offer for sale, sell and/or otherwise deal in Counterfeit Products which are hereinafter identified as a result of any order entered in this action, or otherwise | N/A |
| **Defendants' Frozen Accounts** | Defendants' Financial Accounts that were and/or are attached and frozen or restrained by the Financial Institutions pursuant to the TRO and/or PI Order, or which are attached and frozen or restrained pursuant to any future order entered by the Court in this action | N/A |
| **Plaintiff's Motion for Default Judgment** | Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defaulting Defendants filed on October 14, 2022 | TBD |
| **Nastasi Aff.** | Affidavit by Gabriela N. Nastasi in Support of Plaintiff's Motion for Default Judgment | TBD |

This matter comes before the Court by motion filed by Plaintiff for the entry of final judgment and permanent injunction by default against Defaulting Defendants for Defaulting Defendants' trademark infringement, trademark counterfeiting, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defendants' unauthorized use of Plaintiff's Pop It Mark without limitation, in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying or offering for sale and/or selling and/or sale of Counterfeit Products.[1]

The Court, having considered the Memorandum of Law and Affidavit of Gabriela N. Nastasi in support of Plaintiff's Motion for Default Judgment and a Permanent Injunction Against Defendant, the Certificate of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

**I. Defendants' Liability**

1) Judgment is granted in favor of Plaintiff on all claims properly pled against Defaulting Defendants in the Complaint;

**II. Damages Awards**

1) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that because it would serve both the compensatory and punitive purposes of the Lanham Act's prohibitions on willful infringement, and because Plaintiff has sufficiently set forth the basis for the statutory damages award requested in its Motion for Default Judgment, the Court finds such an award to be reasonable and Plaintiff are awarded Fifty Thousand Dollars ($50,000.000) in statutory

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Glossary.

damages against each of the Sixty-Eight (68) Defaulting Defendants ("Defaulting Defendants' Individual Damages Award") pursuant to Section 15 U.S.C. § 1117(c) of the Lanham Act, for a total of Three Million Four Hundred Thousand Dollars ($3,400,000.00) plus post-judgment interest;

**III. Permanent Injunction**

2) IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Defaulting Defendants, their respective officers, agents, servants, employees, and all persons acting in concert with or under the direction of Defaulting Defendants (regardless of whether located in the United States or abroad), who receive actual notice of this Order are permanently enjoined and restrained from:

A. manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in Counterfeit Products or any other products bearing the Pop It Mark and/or marks that are confusingly similar to, identical to and constitute a counterfeiting and/or infringement of the Pop It Mark;

B. directly or indirectly infringing in any manner Plaintiff's Pop It Mark;

C. using any reproduction, counterfeit, copy or colorable imitation of Plaintiff's Pop It Mark to identify any goods or services not authorized by Plaintiff;

D. using Plaintiff's Pop It Mark, or any other marks that are confusingly similar to the Pop It Mark on or in connection with the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling and/or otherwise dealing in the Counterfeit Products;

E. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with: (i) Counterfeit Products; (ii) any computer files, data, business records, documents or any other records or evidence relating to:

i. Defendants' User Accounts and/or Merchant Storefronts;

ii. Defendants' Assets; and

iii. the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products by Defendants and by their respective officers, employees, agents, servants and all persons in active concert or participation with any of them; and

F. effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, User Accounts, Merchant Storefronts or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale and/or sale of Counterfeit Products for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Order.

2) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defaulting Defendants must deliver up for destruction to Plaintiff any and all Counterfeit Products and any and all packaging, labels, tags, advertising and promotional materials and any other materials in the possession, custody or control of Defaulting Defendants that infringe any of Plaintiff' trademarks or other rights including, without limitation, the Pop It Mark, or bear any marks that are confusingly similar to the Pop It Mark pursuant to 15 U.S.C. § 1118;

3) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Third Party Service Providers and Financial Institutions are permanently enjoined and restrained from:

A. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying any of the Defaulting Defendants' Frozen Assets from or to Defaulting Defendants' Financial Accounts until further ordered by this Court;

B. secreting, concealing, destroying, altering, selling off, transferring or otherwise disposing of and/or dealing with any computer files, data, business records, documents or any other records or evidence relating to Defaulting Defendants' Frozen Assets and Defaulting Defendants' Financial Accounts;

C. knowingly instructing, aiding or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs III(1)(A) through III(2) and III(3)(A) through III(3)(B) above through III(4)(A) below.

4) IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Third Party Service Providers are permanently enjoined and restrained from:

A. providing services to Defaulting Defendants and Defaulting Defendants' User Accounts and Merchant Storefronts, including, without limitation, continued operation of Defaulting Defendants' User Accounts and Merchant Storefronts; and

B. knowingly instructing, aiding or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs III(1)(A) through III(2) and III(3)(A) through III(3)(B) above through III(4)(A) above.

## IV. Dissolution of Rule 62(a) Stay

1) IT IS FURTHER ORDERED, as sufficient cause has been shown, the 30 day automatic stay on enforcing Plaintiff's judgment, pursuant to Fed. R. Civ. Pro. 62(a) is hereby dissolved.

## V. Miscellaneous Relief

1) Defaulting Defendants may, upon proper showing and two (2) business days written notice to the Court and Plaintiff's counsel, appear and move for dissolution or modification of the provisions of this Order;

2) Any failure by Defendants to comply with the terms of this Order shall be deemed contempt of Court, subjecting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

3) The Court releases the Fifteen Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 60 East 42nd Street, Suite 1250, New York, NY 10165; and

4) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

**SO ORDERED.**

SIGNED this 27th day of January, 2023.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE